Angela C. Agrusa (SBN 131337)
   aagrusa@linerlaw.com
Wendy S. Dowse (SBN 261224)
   wdowse@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:   (310) 500-3500
Facsimile:   (310) 500-3501

Attorneys for Defendant Bai Brands, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO)

| | |
|---|---|
| DORINDA VASSIGH and SAMANTHA LEWIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>BAI BRANDS LLC,<br><br>    Defendant. | Case No. 3:14-cv-05127-EMC<br><br>**STIPULATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) and CIVIL LOCAL RULE 6-1(a) REGARDING PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>The Honorable Edward M. Chen<br><br>Trial Date:   TBD |

IT IS HEREBY STIPULATED AND AGREED pursuant to Federal Rule of Civil Procedure 15(a)(2) and Civil Local Rule 6-1(a), by and between the Parties in the above-captioned action, acting by means of their respective counsel, that Plaintiffs will file a First Amended Class Action Complaint by February 6, 2015, and Defendant Bai Brands, LLC will answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint by March 9, 2015. This change will not alter the date of any event or any deadline already fixed by Court order.

1

2  For the Defendant:                              For the Plaintiffs:

3

4

5  By: _____/s/ Wendy S. Dowse_____     By: _____/s/ L. Timothy Fisher_____
    Wendy S. Dowse                                  L. Timothy Fisher
6   Liner LLP                                       Bursor & Fisher, P.A.
    1100 Glendon Avenye, 14th Floor                 1990 North California Boulevard, Suite 940
7   Los Angeles, CA 90024                           Walnut Creek, CA  94596
    Telephone: (310) 500-3383                       Telephone: (925) 300-4455
8   Fax: (310) 500-3501                             Fax: (925) 407-2700
    wdowse@linerlaw.com                             ltfisher@bursor.com
9

10  Date:  January 12, 2015                         Date:  January 12, 2015

11

12

13  IT IS SO ORDERED:

14  _____
    Edward M. Chen
15  U. S. District Judge

16

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Edward M. Chen]