**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, SAMANTHA LEWIN, RICHARD DRAEGER, TRACEY HECHLER and MARK KORABELNIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAI BRANDS LLC<br><br>Defendant. | Case No. 3:14-cv-05127 HSG<br><br>**STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Honorable Haywood S. Gilliam, Jr. |

STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME
CASE NO. 3:14-CV-05127 HSG

WHEREAS, on January 14, 2015, the Court granted the parties' stipulation that Plaintiffs would file a First Amended Class Action Complaint by February 6, 2015, and Defendant Bai Brands, LLC would answer or otherwise respond to Plaintiffs' First Amended Class Action Complaint by March 9, 2015;

WHEREAS, on February 6, 2015 Plaintiffs filed a First Amended Class Action Complaint;

WHEREAS, Defendants will file a motion to dismiss on March 9, 2015;

WHEREAS, Plaintiffs have a number of pressing scheduling matters and need adequate time to respond to Defendant's motion;

WHEREAS, allowing Plaintiffs additional time to respond to Defendant's motion will not alter the date of any event or deadline already fixed by Court order;

### Stipulation

NOW THEREFORE, the parties, through their respective counsel stipulate and request that:

1. Defendant Bai Brands, LLC will move to dismiss Plaintiffs' First Amended Class Action Complaint on March 9, 2015;

2. Plaintiffs will file an Opposition to Defendant's motion to dismiss on April 3, 2015;

3. Defendant will file a Reply in support of its motion on April 17, 2015;

4. A hearing on Defendant's motion to dismiss will be held on May 7, 2015 at 2:00 p.m. before this honorable Court, or at a time more convenient for the Court.


Dated: March 9, 2015                              Respectfully submitted,

**BURSOR & FISHER, P.A.**


By:   */s/ L. Timothy Fisher*
         L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700

STIPULATION PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME                                           1
CASE NO. 3:14-CV-05127 HSG

E-Mail: ltfisher@bursor.com
apersinger@bursor.com
ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

Dated: March 9, 2015                **LINER LLP**

By:  */s/ Wendy S. Dowse*
         Wendy S. Dowse

Angela C. Agrusa (SBN 131337)
Wendy S. Dowse (SBN 261224)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
E-Mail:  aagrusa@linerlaw.com
             wdowse@linerlaw.com

*Attorneys for Defendant Bai Brands, LLC*

### ATTESTATION

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

 */s/ L. Timothy Fisher*
    L. Timothy Fisher

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  3/10/2015                  *[signature]*
                                                  Honorable Haywood G. Gilliam, Jr.
                                                  United States District Court Judge