**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (Admitted *pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, SAMANTHA LEWIN, RICHARD DRAEGER, TRACEY HECHLER and MARK KORABELNIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAI BRANDS LLC,<br><br>Defendant. | Case No.  3:14-CV-05127-HSG<br><br>**Order**<br><br>The Honorable Haywood S. Gilliam, Jr. |

It is hereby ORDERED as follows:

1. Mr. C.K. Lee, co-counsel for Plaintiffs Dorinda Vassigh, Samantha Lewin, Richard Draeger, Tracey Hechler and Mark Korabelnikov, is permitted to appear telephonically via CourtCall on May 7, 2015 at 2 p.m. for the Motion Hearing before Judge Haywood S. Gilliam, Jr.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

CASE NO. 3:14-CV-05127

1  SO ORDERED

3  _____        ___3/31/2015_____
   Hon. Haywood S. Gilliam, Jr., U.S.D.J.           Dated

CASE NO. 2:13-CV-02318-KJM-EFB