Angela C. Agrusa (SBN 131337)
    aagrusa@linerlaw.com
Wendy S. Dowse (SBN 261224)
    wdowse@linerlaw.com
LINER LLP
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone:    (310) 500-3500
Facsimile:    (310) 500-3501

Attorneys for Bai Brands, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, SAMANTHA LEWIN, RICHARD DRAEGER, TRACEY HECHLER, and MARK KORABELNIKOV, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BAI BRANDS LLC,<br><br>        Defendant. | Case No. 3:14-cv-05127-HSG<br><br>**ORDER**<br><br>The Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date:    TBD |

It is hereby ORDERED as follows:

1.  Ms. Angela Agrusa, counsel for Defendant Bai Brands, LLC, is permitted to appear telephonically via CourtCall on May 7, 2015 at 2 p.m. for the Motion for Hearing before Judge Haywood S. Gilliam, Jr. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for telephonic appearance.

SO ORDERED

DATED: May _7_, 2015

*[signature: Haywood S. Gilliam Jr.]*
Hon. Haywood S. Gilliam, Jr., U.S.D.J.

37530.002-2334700v1                                                 Case No. 3:14-cv-05127-HSG

ORDER