**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
         apersinger@bursor.com
         ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, SAMANTHA LEWIN, RICHARD DRAEGER, TRACEY HECHLER and MARK KORABELNIKOV, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BAI BRANDS LLC <br><br> Defendant. | Case No. 3:14-cv-05127 HSG <br><br> **STIPULATION AND ORDER CONCERNING PLAINTIFFS' SECOND AMENDMENT OF COMPLAINT** <br><br> Honorable Haywood S. Gilliam, Jr. |

STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS' SECOND
AMENDED COMPLAINT
CASE NO. 3:14-CV-05127 HSG

Whereas, the Parties are discussing the possibility of an early mediation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above-captioned action, acting by means of their respective counsel, that the time for Plaintiffs to file a Second Amended Complaint shall be August 24, 2015.

Dated:  July 30, 2015    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   */s/ L. Timothy Fisher*
        L. Timothy Fisher

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com
      apersinger@bursor.com
      ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

Dated:  July 30, 2015    **LINER LLP**

By:   */s/ Wendy S. Dowse*
        Wendy S. Dowse

Angela C. Agrusa (SBN 131337)
Wendy S. Dowse (SBN 261224)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
E-Mail:  aagrusa@linerlaw.com
      wdowse@linerlaw.com

*Attorneys for Defendant Bai Brands, LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, L. Timothy Fisher, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

                                                */s/ L. Timothy Fisher*
                                                 L. Timothy Fisher

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  July 30, 2015

                                              Honorable Haywood G. Gilliam, Jr.
                                              United States District Court Judge