**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
   apersinger@bursor.com
   ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, SAMANTHA LEWIN, RICHARD DRAEGER, TRACEY HECHLER and MARK KORABELNIKOV, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>BAI BRANDS LLC<br><br>        Defendant. | Case No. 3:14-cv-05127 HSG<br><br>**STIPULATION AND ORDER CONCERNING PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Honorable Haywood S. Gilliam, Jr. |

STIPULATION AND ~~[PROPOSED]~~ ORDER CONCERNING PLAINTIFFS' SECOND
AMENDED COMPLAINT
CASE NO. 3:14-CV-05127 HSG

Whereas, the Parties are in the process of discussing the possibility of settling this matter early, without incurring additional costly litigation expenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above-captioned action, acting by means of their respective counsel, that the time for Plaintiffs to file a Second Amended Complaint currently due on August 24, 2015, shall be extended to September 18, 2015.

Dated:  August 18, 2015

**BURSOR & FISHER, P.A.**

By:   _/s/ Yeremey Krivoshey_
          Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
E-Mail: ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

Dated:  August 18, 2015

**LINER LLP**

By:   _/s/ Wendy S. Dowse_
          Wendy S. Dowse

Angela C. Agrusa (SBN 131337)
Wendy S. Dowse (SBN 261224)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
E-Mail:  aagrusa@linerlaw.com
            wdowse@linerlaw.com

*Attorneys for Defendant Bai Brands, LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Yeremey Krivoshey, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_____/s/ Yeremey Krivoshey_____
Yeremey Krivoshey

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  8/20/2015

Honorable Haywood G. Gilliam, Jr.
United States District Court Judge