**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
          apersinger@bursor.com
          ykrivoshey@bursor.com

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, SAMANTHA LEWIN, RICHARD DRAEGER, TRACEY HECHLER and MARK KORABELNIKOV, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BAI BRANDS LLC<br><br>Defendant. | Case No. 3:14-cv-05127 HSG<br><br>**STIPULATION AND ORDER PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS**<br><br>Honorable Haywood S. Gilliam, Jr. |

STIPULATION AND [~~PROPOSED~~] ORDER PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME
CASE NO. 3:14-CV-05127 HSG

WHEREAS, on July 13, 2015, the Court granted in part and denied in part Defendant's motion to dismiss, and granted leave for Plaintiffs to file a Second Amended Complaint;

WHEREAS, Plaintiffs filed a Second Amended Complaint on September 18, 2015;

WHEREAS, on October 23, 2015, Defendant filed a motion to dismiss Plaintiffs' Second Amended Complaint;

WHEREAS, Plaintiffs have a number of pressing scheduling matters and need adequate time to respond to Defendant's motion;

WHEREAS, allowing Plaintiffs additional time to respond to Defendant's motion will not alter the date of any event or deadline already fixed by Court order;

### Stipulation

NOW THEREFORE, the parties, through their respective counsel stipulate and request that:

1. Plaintiffs will file an Opposition to Defendant's motion to dismiss on November 24, 2015;

2. Defendant will file a Reply in support of its motion on December 8, 2015;

3. A hearing on Defendant's motion to dismiss will be held on January 7, 2016 at 2:00 p.m. before this honorable Court, or at a time more convenient for the Court.

Dated:  October 28, 2015         Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:         */s/ Yeremey Krivoshey*
                Yeremey Krivoshey

L. Timothy Fisher (State Bar No. 191626)
Annick M. Persinger (State Bar No. 272996)
Yeremey Krivoshey (State Bar No. 295032)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail: ltfisher@bursor.com
            apersinger@bursor.com
            ykrivoshey@bursor.com

STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME            1
CASE NO. 3:14-CV-05127 HSG

**LEE LITIGATION GROUP, PLLC**
C.K. Lee (*pro hac vice*)
30 East 39th Street, Second Floor
New York, NY 10016
Tel.: 212-465-1188
Fax: 212-465-1181
E-Mail: cklee@leelitigation.com

*Attorneys for Plaintiffs*

Dated: October 28, 2015        **LINER LLP**

By: _____/s/ Wendy Dowse_____
       Wendy Dowse

Angela C. Agrusa (SBN 131337)
Wendy S. Dowse (SBN 261224)
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024.3518
Telephone: (310) 500-3500
Facsimile: (310) 500-3501
E-Mail: aagrusa@linerlaw.com
             wdowse@linerlaw.com

*Attorneys for Defendant Bai Brands, LLC*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1, I, Yeremey Krivoshey, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

_____/s/ Yeremey Krivoshey_____

**PURSUANT TO STIPULATION, IT IS SO ORDERED** except that the hearing on Defendant's motion to dismiss will be held on January 14, 2016 at 2:00 p.m.

Dated: October 29, 2015

Honorable Haywood G. Gilliam, Jr.
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER PURSUANT TO CIVIL L.R. 6-2 TO EXTEND TIME        2
CASE NO. 3:14-CV-05127 HSG