United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORINDA VASSIGH, et al., | Case No.  14-cv-05127-HSG |
| Plaintiffs, | |
| v. | **ORDER DISMISSING CASE** |
| | Re: Dkt. No. 66 |
| BAI BRANDS LLC, | |
| Defendant. | |

On February 22, 2016, the parties filed a stipulation to dismiss Plaintiff's Second Amended Class Action Complaint with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(ii).  The Court GRANTS the stipulation and dismisses the complaint with prejudice as to the named plaintiffs.  The putative class claims, however, are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated:  2/29/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge